In the Matter of the Claim for Hospital Expenses Incurred by PAULINE FRAIMAN. LOUIS FRAIMAN, Respondent, against MARY ELIZABETH's and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Davis, Hill and Hasbrouck, JJ., concur; Van Kirk, P. J., and Hinman, J., concur for award to a brother of the injured employee

---

* Revd., 249 N. Y. 605.          † Revd., 249 N. Y. 609.

rather than to the employee, on the ground that this question is not raised; if it had been raised the award could not have been made. (Workmen's Compensation Law, § 33; *Sandberg v. Seymour Dress Co., Inc.*, 215 App. Div. 728.)

In the Matter of the Claim of CLARA FELDMAN, Respondent, against FRANK FELDMAN & SONS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of FLORA FINCH, Respondent, against FLOYD BATES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ROY FACTLEY, Respondent, against HOOKER ELECTROCHEMICAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.